CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:    (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAXING HUANG,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:24-cv-06298-RS<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON UNITED STATES' MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES BY ONE WEEK** |

Pursuant to Civil L.R. 6-1, 6-2, 7-7, and 7-12, the United States of America and Jiaxing Huang hereby stipulate and request to continue the currently scheduled hearing on the United States' motion to dismiss by one week. The parties also stipulate and move to continue the initial case management conference by one week, including the deadline to submit a case management statement.

Counsel for the United States was recently assigned to handle this case because its prior counsel will be on detail with another component of the Department of Justice starting this week. Counsel for the United States has a previously scheduled personal engagement which prevents him from being able to attend a hearing on May 15, 2025—the current hearing date for the United States' motion to dismiss. This stipulation and request is not made for delay, but to accommodate the United States' counsel's previously scheduled obligations which were made prior to being assigned to handle this case. This request is supported by the attached Declaration of Connor J. Pestovich.

Accordingly, the parties agree that these hearings and deadlines should be on the following dates:

1. Hearing on the United States' Motion to Dismiss: May 22, 2025
2. Joint Case Management Statement Due: May 22, 2025
3. Initial Case Management Conference: May 29, 2025

This stipulation and request does not affect the agreed-upon briefing schedule for the United States' motion to dismiss. Huang's response is still due on April 15, 2025, and the United States' reply is due on April 30, 2025.

Respectfully submitted,

Dated: April 1, 2025

/s/ Connor J. Pestovich
CONNOR J. PESTOVICH (NM Bar 159189)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-2378
Fax:    (202) 307-0054
Connor.Pestovich@usdoj.gov

*Counsel for the United States of America*

Dated: March 31, 2025

/s/ Jiaxing Huang
JIAXING HUANG
1195 W. Mckinley Ave
Sunnyvale, CA 94086
jiaxing.huang2010@gmail.com

*Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: This 1st day of April, 2025.

Hon. Richard Seeborg
U.S. District Judge